<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JAIDEN BUKOWIEC, *individually and on behalf of all others similarly situated*,<br><br>                      Plaintiff,<br><br>v.<br><br>ANYTIME FITNESS FRANCHISOR LLC, *et al.*,<br><br><br>                      Defendants. | Civil Action No. 25-15473 (SDW) (MAH)<br><br><br>**ORDER**<br><br><br>April 13, 2026 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Michael A. Hammer's ("Judge Hammer") Report and Recommendation (D.E. 19 ("R&R")), dated March 27, 2026, which recommends that this Court grant Defendant Anytime Fitness, LLC's ("Defendant AF Franchisor") Motion to Dismiss, (D.E. 15), Plaintiff Jaiden Bukowiec's Amended Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). No objections have been filed. This Court has reviewed the reasons set forth by Judge Hammer in his R&R and the record in this matter. Based on the foregoing, and for good cause shown, it is hereby

ORDERED that Judge Hammer's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

ORDERED that Defendant AF Franchisor's Motion is **GRANTED** and AF Franchisor is hereby **DISMISSED** from this matter for lack of personal jurisdiction.

1

**SO ORDERED.**

                                        /s/ Susan D. Wigenton
                                  **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:      Parties
         Michael A. Hammer, U.S.M.J.